

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00465-CV

Ray **RIOJAS**,
Appellant

v.

**WATER MEADOW, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04735
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is indigent. TEX. R. APP. P. 20.1.

SIGNED October 30, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice